THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES C. PARKS,<br><br>        Plaintiff,<br><br>v.<br><br>TULALIP RESORT CASINO,<br><br>        Defendant. | No.: C09-1219 RSL<br><br>**Declaration of Brian K. Keeley in Support of Motion for Withdrawal and Substitution**<br><br>NOTE FOR MOTION CALENDAR:<br>March 26, 2010 |

I, Brian K. Keeley, declare:

1. I am an attorney with the law firm of Bullivant Houser Bailey, PC, which is counsel for Defendant Tulalip Resort Casino in this action. I have personal knowledge of the following facts, gained as a result of my involvement in this matter.

2. The Office of the Tulalip Tribes Reservation Attorney, and specifically Lisa Vanderford-Anderson, has appeared for and will represent Defendant Tulalip Resort Casino in this matter.

3. I certify that I served a copy of this motion on my client and upon James Parks, the opposing party in this action.

I declare under penalty of perjury under the laws of the United States of America that

Declaration of Brian K. Keeley
No.: C09-1219

Page 1

Bullivant|Houser|Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930

1  the foregoing is true and correct.

2      DATED: March 17, 2010 at Seattle, Washington.

3                                BULLIVANT HOUSER BAILEY PC

4

5                      By  /s/ Brian K. Keeley
                        Brian K. Keeley, WSBA #32121

6                          E-Mail: brian.keeley@bullivant.com

7                  Attorneys for Defendant Tulalip Resort Casino

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Declaration of Brian K. Keeley      Page 2      **Bullivant|Houser|Bailey PC**
No.: C09-1219      1601 Fifth Avenue, Suite 2300
    Seattle, Washington 98101-1618
    Telephone: 206.292.8930

# CERTIFICATE OF SERVICE

I, Genevieve Schmidt, certify that on March 17, 2010, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Lisa M. Vanderford-Anderson<br>Reservation Attorney for the Tulalip Tribes<br>6406 Marine Dr.<br>Tulalip, WA  98271<br>(360) 716-4531<br>(360) 651-3438<br>lvanderson@tulaliptribes-nsn.gov | |

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

| | |
|---|---|
| Plaintiff,<br>James C. Parks<br>5912 6th Ave NW<br>Tulalip, WA  98271 | |

Dated:  March 17, 2010

BULLIVANT HOUSER BAILEY PC

By: _____
Genevieve Schmidt
genevieve.schmidt@bullivant.com

12397108.1

Declaration of Brian K. Keeley
No.: C09-1219

Page 3

Bullivant|Houser|Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930